# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| AF Holdings, LLC | CASE NO.  3-11-cv-491-H |
| Plaintiff, | |
| v. | Judge: |
| DOES 1 – 20, | Magistrate Judge: |
| Defendants. | |

## AF HOLDINGS, LLC CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7, Plaintiff AF Holdings, LLC, by counsel, hereby submits its Corporate Disclosure Statement:

1. AF Holdings, LLC does not have a parent corporation.

2. No publicly-traded corporation or investment fund holds more than a 10% interest of AF Holdings, LLC.

Respectfully submitted,

AF Holdings, LLC

DATED: August 24, 2011

By:   /s/ Raphael Whitford_____
Raphael Whitford (Bar No. 92363)
Steele Hansmeier PLLC
161 N. Clark St., Suite 4700,
Chicago, IL 60601
312-880-9160; Fax 312-893-5677
rjwhitford@wefightpiracy.com
*Attorney for Plaintiff*