UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11-CV-491-H

AF HOLDINGS LLC     PLAINTIFF

V.

DOES 1-20     DEFENDANTS

**ORDER**

The Court has reviewed the complaint with attached exhibits, Plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference and all papers filed in connection with the motion and relevant case law. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference is GRANTED, subject to the following limitations:

(1) Plaintiff may immediately serve Rule 45 subpoenas, which are limited to the following categories of entities and information:

From Internet Service Providers (ISPs) identified in the Exhibit A attached to the complaint and any other entity identified as a provider of Internet services to one of the Doe Defendants in response to a subpoena or as a result of ongoing BitTorrent activity monitoring: information sufficient to identify each Defendant, including name, current (and permanent) address, telephone number, e-mail address, and Media Access Control address.

(2) Any information disclosed to Plaintiff in response to a Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its

complaint.

(3) Plaintiff and any entity which receives a subpoena shall confer, if necessary, with respect to the issue of payment for the information requested in the subpoena or for resolution of IP addresses which are not controlled by such entity, duplicate IP addresses that resolve to the same individual, other IP addresses that do not provide the name and other information requested of a unique individual, or for the entity's internal costs to notify its customers.

(4) Any entity which receives a subpoena and elects to charge for the costs of production shall provide a billing summary and any cost reports that serve as a basis for such billing summary and any costs claimed by such entity.

(5) Plaintiff shall serve a copy of this order along with any subpoenas issued pursuant to this order.

IT IS FURTHER ORDERED that if any entity subpoenaed pursuant to this order wishes to move to quash the subpoena, it must do so before the return date of the subpoena, which shall be 30 days from the date of service and that the subpoenaed entity shall preserve any subpoenaed information pending the resolution of any timely-filed motion to quash.

IT IS FURTHER ORDERED that Plaintiff may not file an amended complaint until further order of this Court.

cc:     Counsel of Record