UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

AF HOLDINGS LLC                                                             PLAINTIFF(S)

VS                                                                CIVIL ACTION NO. 3:11CV-491-H

DOES 1 through 20                                                         DEFENDANT(S)

### O R D E R

The Court desiring to ascertain the present status of this matter as there has been no activity in this case since September 2011;

**IT IS ORDERED** that counsel shall have **10 days** hereafter in which to file with the Clerk of this Court a joint status report setting forth the present status of this case and what further action, if any, will be necessary.

Date: January 26, 2012

ENTERED BY ORDER OF COURT
JOHN G. HEYBURN II, JUDGE
UNITED STATES DISTRICT COURT
  VANESSA L. ARMSTRONG, CLERK

BY:  */s/: Andrea Kash*
       Deputy Clerk

Copies to:
All Counsel of Record